Kenneth E. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. 66883.

Missouri Court of Appeals,
Eastern District,
Division One.

April 4, 1995.

Irene C. Karns, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Kenneth E. Jones, appeals from a denial by the Circuit Court of the County of Cape Girardeau of his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rule 84.16(b).

George E. BUCKNER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49988.

Missouri Court of Appeals,
Western District.

April 11, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Columbia, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

*ORDER*

PER CURIAM.

Appeal from motion court's denial of Rule 24.035 motion for relief from conviction of stealing pursuant to section 570.030, RSMo 1986.

Judgment affirmed. Rule 84.16(b).